FILED IN OPEN COURT
ON 10-14-2026
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
JAA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-00214-M-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| ROBERT HAROLD CORBETT | ) | |

The Grand Jury charges that:

COUNT ONE

On or about November 5, 2024, in the Eastern District of North Carolina, the Defendant, ROBERT HAROLD CORBETT, an alien in the United States, did knowingly make a false statement and claim that he was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[The remainder of this page is intentionally blank.]

COUNT TWO

On or about November 5, 2024, in the Eastern District of North Carolina, the defendant, ROBERT HAROLD CORBETT, an alien in the United States, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/14/26

W. ELLIS BOYLE
United States Attorney

H. BRENT MCKNIGHT, JR.
Assistant United States Attorney
Criminal Division