UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:26-CR-214-M-BM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT HAROLD CORBETT | **ORDER** |

This case is before the Court on defendant's unopposed motion [D.E. 11] to modify the conditions of pretrial release. For good cause shown, it is hereby ORDERED that the motion is GRANTED and that paragraph (7)(f) of the order setting conditions of release [D.E. 6] is MODIFIED to include travel within the Middle District of North Carolina and District of South Carolina, in addition to the Eastern District of North Carolina. All other conditions of pretrial release shall remain in full force and effect.

This 20th day of October 2026.

James E. Gates
United States Magistrate Judge